# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard
Albany, New York 12211

Andrea E. Celli, Esq.         Telephone: (518) 449-2043         For Payments Only:
    Trustee                   Facsimile: (518) 449-2473         P.O. Box 1918
Bonnie Baker, Esq.                                              Memphis, TN 38101-1918
  Assoc. Attorney

June 13, 2011

Kim Lefebvre
Clerk of the Court
United States Bankruptcy Court
445 Broadway
Albany, NY  12207

Re:   Rise A. Turner
      Case No. 05-10642
      Unclaimed Funds

Dear Mr. Lefbvre:

   Enclosed please find a check in the amount of $314.34 representing unclaimed funds in the above-referenced case.  In this case, these monies were received from Albany County and according to Lexis, the debtor may be deceased.

   If the Court requires additional information, please do not hesitate to contact our office.

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee

AEC:sls
Enclosure

[Stamped: Rec'd $314.34 / pd $314.34 / 6/15/11 / CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY / 2011 JUN 15 PM 12:07 / REC'D & FILED]

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>**Trustee**<br>**Bonnie Baker, Esq.**<br>**Assoc. Attorney** | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN  38101-1918 |

June 14, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-10642          Rise A. Turner

To Whom It May Concern:

Enclosed please find check #922765 in the amount of $314.34. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Rise A. Turner
                  831 Loudon Road
                  Latham, NY 12110

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli